# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2008-10386-PBS

ZHEN ZHOU WU, ETC.,
YUFENG WEI, ETC.,
BO LI, ETC.,
    Defendants.

## REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on March 6, 2009; counsel for each defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

> respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*
>
> (3) The defendants shall pay the necessary fee or provide a hard drive for the Government to turn over data taken from the defendants' computers.
>
> (4) Any non-discovery type motions shall be filed *on or before the close of business on Tuesday, April 21, 2009;* the Government shall file its response/opposition *within the time provided by the Local Rules*.
>
> (5) *See* Order of Excludable Delay entered this date.
>
> (6) A trial will be necessary; it would take about ten (10) trial days.
>
> (7) An Interim Status Conference is set for *Tuesday, May 5, 2009 at 3:00 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

> (1) *See* ¶¶ (1)-(4), *supra*.
>
> (2) It does not.
>
> (3) None.
>
> (4) *See* Further Order of Excludable Delay entered this date.
>
> (5) Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 9, 2009.